IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RONI DU PREEZ, | ) | CIV NO. 14-00171 LEK-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RICK BANIS, DON CARANO, | ) | |
| FRED SCARPELLO, AND JOHN | ) | |
| MACKALL, AS TRUSTEES OF | ) | |
| THE ESTATE OF WILLIAM | ) | |
| PENNINGTON; WNP | ) | |
| ENTERPRISES, INC.; AND | ) | |
| WESTERN EQUITIES LLC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on October 18, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation To Grant In Part And Deny In Part Defendants' Motion For An

Award Of Attorneys' Fees And Non-Taxable Costs", ECF NO. [356] are adopted

as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAIʻI, December 20, 2017.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

RONI DU PREEZ VS. RICK BANIS, ET AL.; CIVIL 14-00171 LEK-RLP;
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION